1  MICHAEL IAN GAREY/ BAR #50565
   ATTORNEY AT LAW
2  714 North Spurgeon
   Santa Ana, California 92701
3  (714) 834-0950
   E-Mail: MIG995@aol.com
4

5
                  **IN THE UNITED STATES DISTRICT COURT**
6
                   **EASTERN DISTRICT OF CALIFORNIA**
7

8

9   United States of America,      ) Case No. 11-CR-00415-AWI
                                   )
10              Plaintiff,          )
    v.                             ) **ORDER AUTHORIZING FILING OF**
11                                 ) **EXHIBITS UNDER SEAL**
                                   )
12                                 )
    JOSE LUIS VALENCIA-DIAZ,       )
13                                 )
                Defendant.         )
14  _____       )

15
    **GOOD CAUSE APPEARING,** it is hereby ordered that defendant
16
    Jose Luis Valencia-Daiz, be allowed to file Exhibits under
17
    seal.
18

19

20
    IT IS SO ORDERED.
21
    Dated: _____July 31, 2012_____
22                        CHIEF UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28