1  MICHAEL IAN GAREY/ BAR #50565
   ATTORNEY AT LAW
2  714 North Spurgeon
   Santa Ana, California 92701
3  (714) 834-0950
   E-Mail: MIG995@aol.com

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No. 11-CR-00415-AWI |
| Plaintiff, | ) |
| v. | ) **ORDER AUTHORIZING FILING OF** |
| | ) **EXHIBITS UNDER SEAL** |
| JOSE LUIS VALENCIA-DIAZ, | ) |
| Defendant. | ) |

**GOOD CAUSE APPEARING,** it is hereby ordered that defendant Jose Luis Valencia-Daiz, be allowed to file Exhibits under seal.

IT IS SO ORDERED.

Dated:     August 2, 2012        _____
                                 CHIEF UNITED STATES DISTRICT JUDGE