AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JOSE LUIS VALENCIA DIAZ | ) |
| | ) |
| Date of Original Judgment: _____09/09/2013_____ | ) |
| Date of Previous Amended Judgment: _____ | ) |
| *(Use Date of Last Amended Judgment if Any)* | ) |

Case No:  1:11-cr-00415-001

USM No:  67941-097

John Garland
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
        ☑DENIED.   ☐GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in*
*the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____09/13/2013_____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: _____03/12/2015_____          /s/ ANTHONY W. ISHII
                                               *Judge's signature*

Effective Date: _____          Honorable Anthony W. Ishii, U.S. District Judge
        *(if different from order date)*          *Printed name and title*